IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WYETH,

                Plaintiff,

             v.                           C.A. No. 08-390-JJF

BIOVAIL CORPORATION, BIOVAIL
LABORATORIES INTERNATIONAL SRL
and BIOVAIL TECHNOLOGIES, LTD.,

                Defendants.

**STIPULATION SETTING TIME**
**<u>FOR DEFENDANTS TO RESPOND TO COMPLAINT</u>**

WHEREAS, defendants Biovail Corporation ("Biovail"), Biovail Laboratories International SRL ("Laboratories") and Biovail Technologies, Ltd. ("Technologies") have each agreed to waive service of process pursuant to Fed.R.Civ.P. 4(d); and

WHEREAS, plaintiff Wyeth has no objection to Technologies, a Delaware corporation, responding to the complaint at the same time as Biovail and Laboratories, non-domestic entities;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties hereto, through their undersigned attorneys and subject to the approval of the Court, that the time within which each of Biovail, Laboratories and Technologies shall answer, move or otherwise respond to the complaint herein shall be September 25, 2008.

August 11, 2008

MORRIS NICHOLS ARSHT & TUNNELL, LLP    BAYARD, P.A.

/s/ Karen Jacobs Louden (kl2881)          /s/ Richard D. Kirk (rk0922)
Jack B. Blumenfeld                        Richard D. Kirk (rk0922)
Karen Jacobs Louden (kl2881)              222 Delaware Avenue, Suite 900
1201 North Market Street                  Wilmington, Delaware  19899-5130
Wilmington, Delaware 19899-1347           rkirk@bayardfirm.com
(302) 658-9200                            (302) 655-5000

*Counsel for Plaintiff WYETH*             *Counsel for Defendants*
                                          *BIOVAIL CORPORATION, BIOVAIL*
                                          *LABORATORIES INTERNATIONAL*
                                          *SRL, and*
                                          *BIOVAIL TECHNOLOGIES, LTD.*


OF COUNSEL:                               OF COUNSEL:

Basil J. Lewis                            Paul S. Tully
Robert D. Litowitz                        James Gumina
Linda A. Wadler                           Andrew W. Williams
Finnegan, Henderson, Farabow              McDonnell Boehnen Hulbert &
    Garrett & Dunner, LLP                 Berghoff LLP
901 New York Avenue, N.W.                 300 South Wacker Drive
Washington, DC  2001                      Chicago, Illinois  60606
(202) 408-4000                            (312) 913-0001