IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BIOVAIL CORPORATION, BIOVAIL LABORATORIES INTERNATIONAL SRL and BIOVAIL TECHNOLOGIES, LTD.,<br><br>　　　　　　Defendants. | C.A. No. 08-390-JJF |

## ENTRY OF APPEARANCE

Please enter the appearance of Richard D. Kirk of Bayard, P.A. as counsel for defendants Biovail Corporation, Biovail Laboratories International, SRL and Biovail Technologies, Ltd.

August 11, 2008

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardlaw.com
Attorneys for Biovail Corporation,
Biovail Laboratories International SRL,
and Biovail Technologies, Ltd.

OF COUNSEL:

Paul S. Tully
James Gumina
Andrew W. Williams
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 11, 2008, he served the foregoing documents by email and by hand upon the following counsel:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnel
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

The undersigned counsel further certifies that, on August 11, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

Basil J. Lewis
Robert D. Litowitz
Linda A. Wadler
Finnegan Henderson, Farabow, Barrett &
    Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

/s/ Richard D. Kirk, (rk0922)
Richard D. Kirk

{BAY:01108573v1}
656846-1