IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>      Plaintiff,<br><br>   v.<br><br>BIOVAIL CORPORATION, BIOVAIL LABORATORIES INTERNATIONAL SRL and BIOVAIL TECHNOLOGIES, LTD.,<br><br>      Defendants. | C.A. No. 08-390-JJF |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of Paul S. Tully, James Gumina, and Andrew W. Williams, all of McDonnell Boehnen Hulbert & Berghoff LLP, to represent Defendants Biovail Corporation, Biovail Laboratories International SRL, and Biovail Technologies, Ltd. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

August 11, 2008      BAYARD, P.A.

            /s/ Richard D. Kirk (rk0922)
            Richard D. Kirk (rk0922)
            222 Delaware Avenue, 9th Floor
            P.O. Box 25130
            Wilmington, Delaware 19899
            (302) 655-5000
            rkirk@bayardlaw.com
            Attorney for Biovail Corporation, Biovail Laboratories International SRL, and Biovail Technologies, Ltd.

OF COUNSEL:

Paul S. Tully
James Gumina
Andrew Williams
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

        SO ORDERED, this _____ day of August, 2008

        _____
        United States District Judge

{BAY:01089630v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 7/7/08

Andrew W. Williams
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive, Chicago, IL 60606
Counsel for Biovail Corporation, *et al.*

{00717626;v1}

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 11, 2008, he served the foregoing documents by email and by hand upon the following counsel:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnel
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347


The undersigned counsel further certifies that, on August 11, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

Basil J. Lewis
Robert D. Litowitz
Linda A. Wadler
Finnegan Henderson, Farabow, Barrett &
    Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001


/s/ Richard D. Kirk, (rk0922)
Richard D. Kirk

{BAY:01108573v1}
656846-1