IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BIOVAIL CORPROATION, BIOVAIL<br>LABORATORIES INTERNATIONAL SRL<br>and BIOVAIL TECHNOLOGIES, LTD.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 08-390 (JJF)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Basil J. Lewris, Linda A. Wadler, and Robert D. Litowitz, of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, Washington, DC 20001-4413 to represent plaintiff in this matter.

　　　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Karen Jacobs Louden*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jack B. Blumenfeld (#1014)
　　　　　　　　　　　　　　　　　　　　Karen Jacobs Louden (#2881)
　　　　　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1347
　　　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　　　jblumenfeld@mnat.com
　　　　　　　　　　　　　　　　　　　　klouden@mnat.com
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Wyeth*

August 12, 2008

2445847

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 8/12/08

Basil J. Lewis
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue
Washington, DC 20001-4413
(202) 408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: August 12, 2008

Linda A. Wadler
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue
Washington, DC 20001-4413
(202) 408-4000

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: _August 12, 2008_

_____
Robert D. Litowitz
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue
Washington, DC 20001-4413
(202) 408-4000

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 12, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard D. Kirk
>Bayard, P.A.

I also certify that copies were caused to be served on August12, 2008 upon the following in the manner indicated:

>**BY E-MAIL**
>
>Richard D. Kirk
>Bayard, P.A.
>222 Delaware Avenue
>Ste. 900
>Wilmington, DE  19899

>*/s/ Karen Jacobs Louden*
>klouden@mnat.com (#2881)