# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 fax

**Karen Jacobs Louden**
(302) 351-9227
(302) 425-4681 fax
klouden@mnat.com

August 14, 2008

**BY E-FILING**

Hon. Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

        Re:    <u>Wyeth v. Biovail Corp., et al., C.A. No. 08-390 (JJF)</u>

Dear Judge Farnan:

        On August 11, 2008, the Court entered an Order setting a Scheduling Conference for September 4, 2008 (D.I. 7). The parties recently filed a stipulation extending defendants' time to answer, move or otherwise respond to the Complaint until September 25, 2008 (D.I. 8). In light of this fact, the parties respectfully request that the Scheduling Conference be reset for some time in October after defendants have responded to the Complaint.

                                    Respectfully,

                                    */s/ Karen Jacobs Louden*

                                    Karen Jacobs Louden

KJL/ch
cc:    Clerk of the Court (by hand)
        Richard D. Kirk, Esq. (by email)
        Basil J. Lewris, Esq. (by email)
        Paul Tully, Esq. (by email)

2447277